# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF )
ARMANDO GARCIA DE LA CRUZ ) Case No. CIV-14-1209-F

## ORDER

Plaintiff is a federal prisoner who appears *pro se* and whose pleadings are liberally construed. Plaintiff brought a civil action in the District of Nebraska, which was transferred to the Northern District of Texas. A United States Magistrate Judge in the Northern District of Texas, Dallas Division, transferred certain claims to this court, retaining other claims in the Northern District of Texas.

Magistrate Judge Suzanne Mitchell's Report and Recommendation of November 13, 2014 (the Report) recommends that plaintiff's claims be re-transferred to the Northern District of Texas, Dallas Division. The Report advises the parties of their right to file an objection by December 3, 2014, and advises that failure to timely object waives the right to appellate review of both factual and legal questions contained in the Report. No objection has been filed to the Report.

Having reviewed the Report and Recommendation of Magistrate Judge Suzanne Mitchell (the Report) doc. no.21, and with no objection to that Report having been filed, the court finds that no further analysis is necessary and it hereby **ACCEPTS**, **ADOPTS** and **AFFIRMS** the recommendation of the magistrate judge. Accordingly,

the clerk of this district court is **DIRECTED** to **TRANSFER** plaintiff's claims to the Northern District of Texas, Dallas Division, and to close this file.

Dated this 17th day of December, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1209p001.wpd